HYMAN RASHKOFF, Respondent, *v.* ERIE RAILROAD COMPANY, Appellant.

*Rashkoff* v. *Erie R. R. Co.*, 141 App. Div. 624, affirmed.
(Argued November 22, 1912; decided December 10, 1912.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered

February 21, 1911, reversing a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term and granting a new trial in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant.

*William C. Cannon* and *Frederic B. Jennings* for appellant.

*Joseph Gans* for respondent.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, WILLARD BARTLETT and HISCOCK, JJ.